O









                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )  Case No.   CR 05-00519 (A) DDP ✓
                             )             [CV 13-05482 DDP]
            Plaintiff,       )
                             )  **ORDER GRANTING PETITIONER'S**
     v.                      )  **MOTION TO FILE OPPOSITION TO**
                             )  **APPLICATION FOR STAY AND DENYING**
YASITH CHHUN,                )  **PETITIONER'S MOTION FOR**
                             )  **RECONSIDERATION**
            Defendant.       )
                             )
                             )  [Dkt. Nos. 312, 313]
_____)

     On September 5, 2013, the court granted the government's ex parte application to stay Defendant's 28 U.S.C. § 2255 motion pending resolution of Defendant's direct appeal of his conviction and sentence. (Dkt. No. 311).

     On September 20, 2013, Petitioner filed a "Motion to File a Traverse to Government's Application to Stay." On September 25, 2013, Petitioner moved for reconsideration of this court's order granting the stay.

     Petitioner's September 20 motion to file an opposition to the government's application is GRANTED. The court has considered Petitioner's opposition in conjunction with his September 25 motion

for reconsideration.  That motion is DENIED.  Should Petitioner succeed in his direct appeal of his conviction and sentence, he may obtain the relief he requests in his § 2255 motion.  The stay shall remain in effect pending resolution of the appeal.

The court notes that the stay does not affect Petitioner's future ability to reply to any government opposition to Petitioner's § 2255 motion.

IT IS SO ORDERED.

Dated: October 10, 2013

DEAN D. PREGERSON
United States District Judge